STATE EX REL. STEINFORT *v.* MUNICIPAL COURT OF
MARION COUNTY, ROOM No. 2, ET AL.

[No. 28,044.  Filed November 17, 1944.]

*Donald R. French,* of Indianapolis, for Relator.

*Rappaport, Kipp and Lieber,* of Indianapolis, for
Respondents.

PER CURIAM.—This is an action which on the face
of the petition appeared to seek a mandate against the
respondent court and judge to hear and determine a
garnishment proceeding under § 2-4403, Burns' 1933
(Supp.).  From the response and reply it appears that
the trial court concluded that the service of notice upon
the principal defendant was insufficient, and, as a con-
sequence, entered judgment dismissing the proceeding.
The relator is contending that the trial court was in
error in its conclusion.  If the court's conclusion and

the consequent judgment are erroneous, the remedy is not by mandate from this court. By § 3-2201, Burns' 1933, § 1090, Baldwin's 1934, this court is given jurisdiction to compel the performance of any duty enjoined by law upon specified inferior courts, including municipal courts, but there is no jurisdiction to control the manner of performance, no matter how erroneous.

Petition denied.

Note.—Reported in 57 N. E. (2d) 579.